Case No: 3:15cr1052
PTSO: [MCN]   PO: [MC]

Filed: 07/29/15
Doc. #26

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | §  CRIMINAL NO. EP-15-CR-1052-PRM |
| ROBERTO DELGADO-RINCON, | § |
| Defendant. | § |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses without prejudice the Felony Indictment against Defendant, **ROBERTO DELGADO-RINCON**. The Government files this dismissal pursuant to the plea agreement filed herein.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: _____
KYLE MYERS
Assistant U.S. Attorney
Texas Bar #24049933
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 7/29/15

A true copy of the original, I certify.
Clerk, U. S. District Court

By_____
Deputy

7/30/15 Case Closed